# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Cynthia Statham,

Plaintiff,

v.

Loreal USA, Inc., et al.,

Defendants,

Case No. 23 C 10949

Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendant
in the amount of

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendants
and against plaintiff

Defendants shall recover costs from plaintiffs.

☒ other: Case is dismissed pursuant to order in main MDL docket 23-cv-818.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on 9/18/2024.

Date: 9/23/2024                             Thomas G. Bruton, Clerk of Court

                                            Amanda Scherer, Deputy Clerk